RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DANIEL COE
Assistant Federal Public Defender
Nevada State Bar No. 9532
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dan_coe@fd.org

Attorney for Gregorio Nieves

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GREGORIO NIEVES,<br><br>        Defendant. | Case No. 2:18-mj-527-GF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Daniel C. Coe, Assistant Federal Public Defender, counsel for Gregorio Nieves, that the Revocation Hearing currently scheduled on July 10, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the district during the scheduled hearing date.

2.  Parties have entered negotiations and need the additional time to resolve this matter.

3.  Defendant is not incarcerated and does not object to a continuance.

4.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 6th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Daniel C. Coe*<br>By_____<br>DANIEL C. COE<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-527-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORIO NIEVES, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on July 10, 2018 at the hour of 9:30 a.m., be vacated and continued to _July 26, 2018_ at the hour of __10:30 a__.m. in Courtroom 3D.

DATED this _9th_ day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE